E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARMANDO R GONZALEZ,

    Plaintiff,

    v

JAMES WALKER, Warden and JAMES E TILTON, Secretary, California Department of Corrections and Rehabilitation,

    Defendant.

No    C 08-2389 VRW

ORDER

Petitioner Armando R Gonzales has filed, with his petition for a writ of habeas corpus under 28 USC § 2254, a motion to stay his petition pending exhaustion of unexhausted claims. The motion is GRANTED.

The clerk shall administratively close the file; the clerk shall re-open the file upon the filing by petitioner of a request to re-open. Petitioner is directed to file a request to re-open when he has exhausted his state claims and wishes this court to consider his petition.

IT IS SO ORDERED.



VAUGHN R WALKER
United States District Chief Judge